DAVID L. ANDERSON, CABN 149604
United States Attorney
DEBORAH STACHEL, CABN 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, CABN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:20-cv-07754-HSG<br><br>STIPULATION FOR 60-DAY EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD (FIRST REQUEST) AND ORDER |

TO THE HONORABLE HAYWOOD S. GILLIAM, DISTRICT JUDGE OF THE DISTRICT COURT:

    The parties, by and through their undersigned attorneys, stipulate that Defendant Andrew Saul shall have an additional 60 days, until Tuesday, April 6, 2021, in which to file the Answer and Electronic Certified Administrative Record. Defendant's Answer and Electronic Certified Administrative Record are currently due to be filed by February 5, 2021.

    In light of the global COVID-19 pandemic, SSA has taken the unprecedented step of suspending in-office services to the public: https://www.ssa.gov/coronavirus/. The Agency is focusing on providing the most critical services by mail, phone and online to those most in need. SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing,

Stip. for Ext., 4:20-cv-07754-HSG

1

including significantly limiting employee access to SSA facilities for health and safety only and has moved toward a temporary virtual work environment. Electronic processes allow some of SSA's most critical work to continue with minimal interruption; other workloads have been suspended until the health crisis abates or the Agency is able to create new electronic business processes.

For purposes of this particular case, the public health emergency pandemic has significantly impacted operations in the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia. That office is responsible for physically producing the administrative record that is required to adjudicate the case under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C. § 405(g) and (h). *See* SSA Program Operations Manual System GN 03106.025.

As detailed in the attached declaration, beginning March 16, 2020, OAO's staff members began to telework to protect employee health and prevent further spread of COVID-19. At that time, critical in-person physical tasks associated with preparing the administrative record could not be accomplished. For example, prior to the COVID-19 pandemic, to safeguard Personally Identifiable Information (PII), all hearing recordings, which are part of the administrative record, were downloaded onto compact discs and encrypted. OAO securely routed the encrypted discs to a private contractor through a daily pickup and delivery service at the Official Duty Station (ODS) in Falls Church, Virginia. The private contractor would transcribe the hearing recording and send the paper copy of the hearing transcript back to OAO. OAO personnel would then scan the hearing transcript into the electronic record or place the hearing transcript in the paper case file. Thereafter, OAO personnel would assemble the administrative record in a prescribed order.

To ensure a continuity of operations, OAO has been actively pursuing mitigation efforts to allow the remote preparation of administrative records. For cases in which the private contractors were already in possession of hearing recordings for transcription, with the assistance of the Office of Acquisitions and Grants (OAG), OAO received approval to receive these transcripts from the private contractors via secured email, e.g., using password protection and redacted Social Security Numbers. In April 2020, OAO began receiving such hearing transcripts from private contractors via secured email.

For cases in which OAO had not yet submitted recordings to the private contractors before March 16, 2020, OAO has been pursuing all available options to obtain transcriptions for these cases. In

Stip. for Ext., 4:20-cv-07754-HSG

May 2020, OAO began encrypting hearing recordings and securely emailing them to the contractors for transcription.  Through the month of May, OAO and the contractors worked to resolve technical issues that arose, particularly with large files. Although the current process is working better, OAO still needs additional transcription capacity from our transcript typing contractors in order to produce enough CARs. As of late July 2020, OAO has continued to increase its productivity and is working to increase the capacity of our transcription typing services. The process is functioning now, albeit at only half to one third of normal productivity.

        Given the volume of pending cases, Defendant requests an extension in which to respond to the Complaint until Tuesday, April 6, 2021.

                                              Respectfully submitted,

Date: February 3, 2021        By: */s/ Katherine Rose Siegfried\**
                                          KATHERINE ROSE SIEGFRIED
                                          (\*as authorized by email on February 2, 2021)
                                          Attorney for Plaintiff

Date: February 3, 2021        DAVID L. ANDERSON
                                          United States Attorney

                                          By: */s/ Jennifer A. Kenney*
                                          JENNIFER A. KENNEY
                                          Special Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  2/4/2021

                                          HON. HAYWOOD S. GILLIAM, JR.
                                          UNITED STATES DISTRICT JUDGE