STEPHANIE HINDS, CABN 154284
Acting United States Attorney
DEBORAH STACHEL, CABN 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, CABN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8945
    Facsimile:  (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:20-cv-07754-HSG<br><br>ORDER AND MOTION FOR SECOND EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT |

TO THE HONORABLE HAYWOOD S. GILLIAM, DISTRICT JUDGE OF THE DISTRICT COURT:

    Defendant Andrew Saul moves for a second extension of 30 days, until May 6, 2021, in which to file the Answer and Electronic Certified Administrative Record.  Defendant's Answer and Electronic Certified Administrative Record are currently due to be filed by April 6, 2021.

    As described in the first motion for extension, in light of the global COVID-19 pandemic, SSA has taken the unprecedented step of suspending in-office services to the public: https://www.ssa.gov/coronavirus/.  For purposes of this particular case, the public health emergency pandemic has significantly impacted operations in the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia.  That office is responsible for physically producing the administrative record that is required to adjudicate the case under Sections 205(g) and (h)

Motion for Extension, 4:20-cv-07754-HSG

1

of the Social Security Act, 42 U.S.C. § 405(g) and (h).  *See* SSA Program Operations Manual System GN 03106.025.

As detailed in the attached declaration from February 2021, due to the emergency work at home procedures the agency has implemented in response to the COVID-19 pandemic, the Office of OAO has had to change its procedures to process thousands of cases and adapt to the reality of this once in a lifetime pandemic. As of January 31, 2021, OAO had more than 11,100 cases waiting to be processed. OAO has increased its contracts and changed its procedures to complete processing these cases during this pandemic. By adapting and adding more vendors to help with processing these cases, OAO is now processing transcripts at or above pre-pandemic levels.

If a Court issues an order limiting the agency's time to process these cases, the agency then needs to divert already strained and finite resources from its current process to try to accommodate such one-off orders. Although overall the timeframe for delivering an administrative record has improved, the backlog, prioritizing aged cases, and contractor capacity continue to cause some delays.

Given the volume of pending cases and the continued constraints, Defendant requests a second extension in which to respond to the Complaint until May 6, 2021.  On April 3, 3021, Defendant contacted Plaintiff's counsel about this extension request and Plaintiff's counsel does not oppose the extension.

Respectfully submitted,

Date:  April 5, 2021

STEPHANIE HINDS
Acting United States Attorney

By:  /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant United States Attorney

IT IS SO ORDERED:

THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DATE:  4/6/2021

Motion for Extension, 4:20-cv-07754-HSG