Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, DAWN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAWN MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br> ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | CIVIL NO. 4:20-cv-7754-HSG<br><br>**STIPULATION AND ORDER FOR A FOURTEEN (14) DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
|---|---|

    IT IS HEREBY STIPULATED, between Plaintiff DAWN MARTIN and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have an extension of time of fourteen (14) days to file Plaintiff's Motion for Summary Judgement. The current due date is June 3, 2021. The new due date will be June 17, 2021. This stipulated extension of time is requested because Plaintiff's counsel is a solo attorney who was not the attorney of record prior to the district court case and needs additional time to review the administrative record and draft her Motion. Plaintiff has had an unusually large number of CARs filed recently for cases that were filed over a six month time frame because of the Commissioner's difficulties getting CARs filed in a timely manner as a result of the global pandemic.

Date: May 29, 2021					KATHERINE SIEGFRIED
							Law Office of Katherine Siegfried, Esq.

							By:	/s/ *Katherine Siegfried*
								Katherine Siegfried
								Attorney for the Plaintiff

Date: May 29, 2021					STEPHANIE HINDS
							Acting United States Attorney


							By:	/s/ *Jennifer Kenney (as authorized by email)*
								Jennifer Kenney
								Special Assistant United States Attorney
								Attorney for Defendant
								(As authorized per email)

**ORDER**

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR ADDITIONAL TIME IS SO ORDERED.

Dated: 6/2/2021

Hon. HAYWOOD S. GILLIAM, JR.
UNITED STATES JUDGE