Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, DAWN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br><br>        Defendant | CIVIL NO. 4:20-cv-7754-HSG<br><br>**STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of NINE THOUSAND

FIVE HUNDRED DOLLARS ($9,500)  and costs in the amount of FOUR HUNDRED AND

TWO DOLLARS ($402) under 28 U.S.C. § 1920. This amount represents compensation for all

legal services rendered on behalf of Plaintiff by Plaintiff's counsel,  Katherine R. Siegfried

(Plaintiff's Attorney) in connection with this civil action, in accordance with 28 U.S.C. §§ 1920,

2412(d). Plaintiff was the prevailing party in this matter, and her net worth is less than two

million dollars.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's Attorney. Pursuant to *Astrue v. Ratliff*, 560 US 586 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Katherine Siegfried, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to the Law Office of Katherine Siegfried.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Attorney, including the Law Office of Katherine Siegfried, may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Katherine Siegfried to seek attorney fees under 42 U.S.C. § 406, subject to the savings provisions of the EAJA.

Date: November 30, 2022                          KATHERINE SIEGFRIED
                                                 Law Office of Katherine Siegfried, Esq.

                                                 By:      /s/ *Katherine Siegfried*
                                                          Katherine Siegfried
                                                          Attorney for the Plaintiff

Date: November 30, 2022                     STEPHANIE HINDS
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation


                                    By:     /s/ *David Priddy (as authorized by email)*
                                            DAVID PRIDDY
                                            Special Assistant United States Attorney
                                            Attorney for Defendant

## __ORDER__

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of $9,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated:  12/2/2022

Hon. HAYWOOD S. GILLIAM, JR.
UNITED STATES JUDGE